**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

JUAN D. SEGOVIA,

        **Plaintiff,**

      **vs.**                      **Civil Action 2:09-CV-839
Judge Marbley
Magistrate Judge King**

**VILLAGE OF MINERVA PARK, INC.,**
*et al.,*

        **Defendants.**


<u>**ORDER**</u>

      Plaintiff was granted until March 8, 2010, to show cause why the case should not be dismissed for failure to make timely service of process. *Order,* Doc. No. 9. Plaintiff has made no response to that order.

      This action is hereby **DISMISSED** for failure to make timely service of process. *See* F.R. Civ. P. 4(m).

      The Clerk shall enter **FINAL JUDGMENT.**


                          <u>s/Algenon L. Marbley</u>
                           Algenon L. Marbley
                    United States District Judge