# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

**JUAN D. SEGOVIA,**

      **Plaintiff,**

  **vs.**                                      Civil Action 2:09-CV-839
                                                         Judge Marbley
                                                         Magistrate Judge King

**VILLAGE OF MINERVA PARK, INC.,**
*et al.*,

      **Defendants.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the April 19, 2010 Order, this action is DISMISSED for failure to make timely service of process. Final Judgment is entered.

Date: **April 19, 2010**                **James Bonini, Clerk**

                                                         s/Betty L. Clark
                                                  Betty L. Clark/Deputy Clerk